IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Hanson, Sharon | Case Number:  04 B 18318 |
| | Judge:  Squires, John H |
| Printed: 02/24/09 | Filed:  5/10/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: February 4, 2009
Confirmed: June 30, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 67,293.95 | |
| Secured: | | 46,344.47 |
| Unsecured: | | 14,585.82 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,600.92 |
| Other Funds: | | 62.74 |
| Totals: | 67,293.95 | 67,293.95 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 2,700.00 | 2,700.00 |
| 2. | MGC Mortgage Inc | Secured | 22,825.00 | 22,825.00 |
| 3. | MGC Mortgage Inc | Secured | 3,737.70 | 3,737.70 |
| 4. | Monterey Financial Services | Secured | 222.44 | 222.44 |
| 5. | Wells Fargo Fin Acceptance | Secured | 18,385.34 | 18,385.34 |
| 6. | Monterey Financial Services | Secured | 443.51 | 443.51 |
| 7. | City Of Chicago | Secured | 730.48 | 730.48 |
| 8. | RoundUp Funding LLC | Unsecured | 2,116.65 | 2,116.65 |
| 9. | T Mobile USA | Unsecured | 232.77 | 232.77 |
| 10. | Wells Fargo Fin Acceptance | Unsecured | 7,615.98 | 7,615.98 |
| 11. | Peoples Energy Corp | Unsecured | 1,499.90 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 200.00 | 200.00 |
| 13. | Jefferson Capital | Unsecured | 2,346.01 | 2,346.01 |
| 14. | City Of Chicago | Unsecured | 167.79 | 167.79 |
| 15. | Monterey Financial Services | Unsecured | 1,341.17 | 1,341.17 |
| 16. | Capital One | Unsecured | 565.45 | 565.45 |
| 17. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 18. | AM Collection System | Unsecured | | No Claim Filed |
| 19. | SBC | Unsecured | | No Claim Filed |
| 20. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 21. | Premier Bankcard | Unsecured | | No Claim Filed |
| 22. | Sunrise CS | Unsecured | | No Claim Filed |
| | | | $ 65,130.19 | $ 63,630.29 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hanson, Sharon

Printed: 02/24/09

Case Number: 04 B 18318
Judge: Squires, John H
Filed: 5/10/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 168.94 |
| 6.5% | 526.25 |
| 3% | 118.21 |
| 5.5% | 617.19 |
| 5% | 206.11 |
| 4.8% | 368.07 |
| 5.4% | 1,326.34 |
| 6.6% | 269.81 |
| | $ 3,600.92 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

